UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>　　　　Defendants. | 1:20-cv-00023-DAD-GSA-PC<br><br>**ORDER STRIKING SECOND AMENDED COMPLAINT FOR LACK OF SIGNATURE (ECF No. 14.)**<br><br>**ORDER FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS** |

　　　　Plaintiff, Jose Reyes, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On May 21, 2021, Plaintiff filed a Second Amended Complaint, pursuant to the court's order issued on March 25, 2021. (ECF No. 14.) The Second Amended Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's Second Amended Complaint, filed on May 21, 2021, is STRICKEN from the record for lack of signature;

　　　　2.　　The Clerk's Office shall send Plaintiff a § 1983 form complaint;

　　　　3.　　Within thirty days from the date of service of this order, Plaintiff is required to file a Third Amended Complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

    Dated:   **May 24, 2021**          **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE