UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEY STATE PRISON, et al.,<br><br>    Defendants. | No. 1:20-cv-00023-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 17) |

Plaintiff Jose Reyes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 12, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only against defendants Warden Raythel Fisher, Jr., Officer Paez, and Culinary Staff Members Anguiano, Chapas, Lucero, Marquez, Cruz, and Moosebaur for alleged violations of the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), alleged violations of the First Amendment Free Exercise Clause, and alleged unconstitutional conditions of confinement in violation of the Eighth Amendment; against defendants Warden Raythel Fisher, Jr. and Culinary Staff Member Moosebaur for alleged failure to protect plaintiff from harm to his health from the Kosher foods served to him in violation of the Eighth Amendment; and against defendant Culinary Staff Member Moosebaur for alleged

1

retaliation in violation of the First Amendment. (Doc. No. 17 at 15.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.*) On July 29, 2021, plaintiff filed a notice informing the court that he had no objections to the pending findings and recommendations. (Doc. No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 12, 2021 (Doc. No. 17) are adopted in full;
2. This action proceeds only on plaintiff's claims against Warden Raythel Fisher, Jr., Officer Paez, and Culinary Staff Members Anguiano, Chapas, Lucero, Marquez, Cruz, and Moosebaur for alleged violation of the RLUIPA, alleged violation of the First Amendment Free Exercise Clause, and alleged unconstitutional conditions of confinement in violation of the Eighth Amendment; against defendants Warden Raythel Fisher, Jr. and Culinary Staff Member Moosebaur for alleged failure to protect plaintiff from harm to his health from the Kosher foods served to him in violation of the Eighth Amendment; and against defendant Culinary Staff Member Moosebaur for alleged retaliation in violation of the First Amendment;
3. All other claims and defendants are dismissed from this action; and
4. The case is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **August 6, 2021**                              /s/ Dale A. Drozd
                                                                       UNITED STATES DISTRICT JUDGE