UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES,<br><br>       Plaintiff,<br><br>   vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>       Defendants. | 1:20-cv-00023-DAD-GSA (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME**<br>**(ECF No. 26.)**<br><br>**DEADLINE TO FILE RESPONSE TO THIRD AMENDED COMPLAINT:**<br>**NOVEMBER 12, 2021** |

  Plaintiff, Jose Reyes, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On October 12, 2021, defendants Fisher, Paez, Anguiano, Chapa, Lucero, Marquez, Cruz, and Moosbauer ("Defendants") filed an *ex parte* application for an extension of time until November 12, 2021, to file a response to the Third Amended Complaint.  (ECF No. 26.)

   The Court finds good cause to grant Defendants an extension of time.  Accordingly, IT IS HEREBY ORDERED that Defendants are granted until November 12, 2021, in which to file a response to the Third Amended Complaint.

IT IS SO ORDERED.

   Dated:   **October 13, 2021**                **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE