UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES,<br><br>   Plaintiff,<br><br>   v.<br><br>VALLEY STATE PRISON, et al.,<br><br>   Defendant. | No. 1:20-cv-00023-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS IN PART, WITH LEAVE TO AMEND<br><br>(ECF Nos. 28, 32) |

Plaintiff Jose Reyes ("Plaintiff") is a state prisoner, proceeding *pro se* and *in forma pauperis*, in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2022, the findings and recommendations were entered, recommending that Defendants' motion to dismiss be granted in part, with leave to amend. (ECF No. 32.) The findings and recommendations also recommended that Plaintiff be required to either (1) notify the Court that he wishes to proceed against only Defendant Moosbauer for retaliation and Defendants Moosbauer and Fisher for RLUIPA violations, First Amendment Free Exercise Clause violations, and an Eighth Amendment Failure to Protect Plaintiff violation and to dismiss all other claims and Defendants; or (2) file a fourth amended complaint. (*Id.* at 29.)

On September 12, 2022, Plaintiff filed objections to the findings and recommendations, where he agreed to proceed against only Defendant Moosbauer for retaliation and against

Defendants Moosbauer and Fisher for RLUIPA violations, First Amendment Free Exercise Clause violations, and an Eighth Amendment Failure to Protect Plaintiff violation and to dismiss all other claims and Defendants. (ECF No. 33.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's response to the findings and recommendations, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 25, 2022, (ECF No. 32), are ADOPTED IN FULL;
2. Defendants' motion to dismiss, filed on November 12, 2021, (ECF No. 28), is GRANTED IN PART, with leave to amend;
3. This case now proceeds against only Defendant Moosbauer for retaliation and against Defendants Moosbauer and Fisher for RLUIPA violations, First Amendment Free Exercise Clause violations, and an Eighth Amendment Failure to Protect Plaintiff violation; and all other claims and defendants are dismissed; and
4. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 6, 2022

UNITED STATES DISTRICT JUDGE

2