UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES,<br><br>            Plaintiff,<br><br>      vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>            Defendants. | 1:20-cv-00023-ADA-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF UNTIL <u>NOVEMBER 18, 2002</u> TO FILE A FOURTH AMENDED COMPLAINT PURSUANT TO THE COURT'S ORDER ISSUED ON OCTOBER 7, 2022**<br><br>**(ECF NO. 34.)**<br><br>**DEADLINE TO FILE FOURTH AMENDED COMPLAINT: <u>November 18, 2022</u>** |

   Plaintiff Jose Reyes is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

   On October 7, 2022, the District Judge issued an order granting Defendants' motion to dismiss this case, with leave to amend. (ECF No. 34.) Plaintiff was granted leave to file an amended complaint. The case was then referred back to the undersigned for further proceedings. 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Id.) The undersigned finds that good cause exists to grant Plaintiff until November 18, 2022, in which to file his Fourth Amended Complaint.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff is granted **until November 18, 2022**, in which to file his Fourth Amended Complaint; and

2. Plaintiff's failure to comply with this order will result in a recommendation that this case be dismissed in its entirety.

IT IS SO ORDERED.

Dated:   **October 12, 2022**                            **/s/ Gary S. Austin**
                                                                                          UNITED STATES MAGISTRATE JUDGE