UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES, | 1:20-cv-00023-ADA-GSA-PC |
|     Plaintiff, | |
| vs. | **ORDER OF UNDERSTANDING**<br>**(ECF Nos, 33, 34.)** |
| VALLEY STATE PRISON, et al., | **OBJECTIONS, IF ANY, DUE WITHIN 15 DAYS** |
|     Defendants. | |

    Plaintiff Jose Reyes is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

    It is the court's understanding that this case now proceeds with the Fourth Amended Complaint (ECF No. 36) filed by Plaintiff on November 9, 2022, against *only* Defendant Moosbauer for retaliation and Defendants Moosbauer and Fisher for RLUIPA violations, First Amendment Free Exercise Clause violations, and an Eighth Amendment Failure to Protect Plaintiff violation, pursuant to the court's Order Adopting Findings and Recommendations issued on October 7, 2022 (ECF No. 33). It is also the court's understanding that all other claims and defendants are dismissed from this action, including those claims that Plaintiff has agreed to dismiss (see ECF Nos. 33, 34).

Accordingly, based on the foregoing, **IT IS THE COURT'S UNDERSTANDING** that:

1. This case now proceeds with the Fourth Amended Complaint filed by Plaintiff on November 9, 2022, against *only* Defendant Moosbauer for retaliation and Defendants Moosbauer and Fisher for RLUIPA violations, First Amendment Free Exercise Clause violations, and an Eighth Amendment Failure to Protect Plaintiff violation, pursuant to the court's Order Adopting Findings and Recommendations issued on October 7, 2022 (ECF No. 34); and

2. All other claims and defendants are dismissed from this action, including those claims that Plaintiff has agreed to dismiss (ECF No. 33).

**IT IS HEREBY ORDERED** that the parties are granted 15 days from the date of service of this order in which to file objections, if any, to the court's understanding as stated above. It is not necessary to file a response if you are in agreement with the Courts understanding.

IT IS SO ORDERED.

Dated:   **January 20, 2023**                         **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE