UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES,<br><br>             Plaintiff,<br><br>    vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>             Defendants. | 1:20-cv-00023-ADA-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO EITHER SERVE RESPONSES TO DEFENDANT MOOSBAUER'S FIRST SET OF INTERROGATORIES, OR FILE WITH THE COURT A STATEMENT OF OPPOSITION OR NON OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**<br><br>**(ECF No. 41.)**<br><br>**DEADLINE TO SERVE RESPONSES OR FILE AN OPPOSITON OR STATEMENT OF NON-OPPOSITION TO THE MOTION TO COMPEL: <u>MAY 30, 2023</u>** |

   Plaintiff Jose Reyes is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

   On March 13, 2023, defendant Moosbauer filed a motion to compel Plaintiff's responses to Defendant's First Set of Interrogatories. (ECF No. 41.) Defendant's Counsel asserts in his motion to compel that he served Plaintiff with the First Set of Interrogatories on Plaintiff on December 30, 2022, and Jose Reyes's ("Plaintiff") responses were due on February 1, 2023, but

1

Plaintiff has not provided responses. Defendant requests the Court to order Plaintiff to serve responses. In addition, to date Plaintiff has not filed with the Court an opposition or statement of non-opposition to Defendant's motion to compel.

Accordingly, **IT IS HEREBY ORDERED** that:

1. **On or before May 30, 2023**, Plaintiff shall either serve responses, without objections, to Defendant Moosbauer's First Set of Interrogatories served on December 30, 2022, or file with the court an opposition or statement of non-opposition to the motion; and

2. Plaintiff's failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 3, 2023**              **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE