UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYTHEL FISHER, JR., et al.,<br><br>　　　　　　Defendants. | No.  1:20-cv-00023-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDERS<br><br>(ECF No. 48) |

　　　　Plaintiff Jose Reyes is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 24, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this action due to Plaintiff's failure to comply with the Magistrate Judge's May 3, 2023 and June 21, 2023 orders.  (ECF No. 48; *see also* ECF Nos. 44, 47.)  The findings and recommendations contained notice that Plaintiff had until August 10, 2023 to file objections.  (ECF No. 48 at 3.)  That deadline has passed, and Plaintiff has not filed objections or otherwise contacted the Court.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 24, 2023, (ECF No. 48), are adopted in full;

2. This action is dismissed, without prejudice, due to Plaintiff's failure to comply with court orders;

3. All pending motions and findings and recommendations are terminated as moot; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 30, 2023

UNITED STATES DISTRICT JUDGE